UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| WOODARD & CURRAN, INC. and CONTINENTAL CASUALTY COMPANY, )<br>)<br>)<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>CATE STREET CAPITAL, INC. AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY, )<br>)<br>)<br>)<br>DEFENDANTS ) | CIVIL NO. 2:15-CV-10-DBH |

ORDER ON PLAINTIFFS' MOTION FOR ORDER
DISQUALIFYING DEFENDANT'S COUNSEL

The plaintiffs' motion for an order disqualifying counsel is **DENIED** as premature. It is too soon to determine whether Attorney Champion will be a "necessary" witness, *i.e.*, whether his testimony is "unobtainable from other sources." See Maine Rule of Professional Conduct 3.7, Reporter's Notes; see also Local Rule 83.3(d) (adopting Maine Rules of Professional Conduct). But the denial is without prejudice to reasserting the motion if at a later time the plaintiffs can show that his testimony is necessary. The request for other associated relief (disqualification of the firm; limitation of Attorney Champion's role) is likewise **DENIED**. No fees to either party.

SO ORDERED.

DATED THIS 3RD DAY OF JUNE, 2015

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE